| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John M. Horon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2847<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Claire L. Horon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1765<br>EIN   __–_____ |
| United States Bankruptcy Court   Southern District of California | | |
| Case number:   20-00233-LT13 | | |

# Order of Discharge                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John M. Horon  
aka John Michael Horon

Claire L. Horon  
aka Claire Lois Horon

6/7/22

**By order of the court:**   Michael Williams  
Clerk of the Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                   **Chapter 13 Discharge**                                   page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of California

In re:  
John M. Horon  
Claire L. Horon  
    Debtors

Case No. 20-00233-LT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0974-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 08, 2022      Form ID: 3180W      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John M. Horon, Claire L. Horon, 1913 Felice Drive, Escondido, CA 92026-1017 |
| 14693623 | | Mercury Card/FBV&T, 700 22nd Ave. South, Brookings, SD 57006 |
| 14693625 | | Planet Home Lending, 10 Research Pkwy Ste. 2, Meriden, CT 06450 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: CALTAX.COM | Jun 09 2022 03:13:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 14693613 | + | EDI: BANKAMER.COM | Jun 09 2022 03:13:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14715797 | + | EDI: BANKAMER2.COM | Jun 09 2022 03:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14693614 | | EDI: CAPITALONE.COM | Jun 09 2022 03:13:00 | Capital One Bank, PO Box 85015, Richmond, VA 23260-6030 |
| 14693615 | + | EDI: PHINGENESIS | Jun 09 2022 03:13:00 | CB Indigo, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 14705459 | + | EDI: AIS.COM | Jun 09 2022 03:13:00 | Capital One, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14702149 | | EDI: CAPITALONE.COM | Jun 09 2022 03:13:00 | Capital One Bank (USA), PO Box 71083, Charlotte NC 28272-1083 |
| 14704709 | | EDI: CAPITALONE.COM | Jun 09 2022 03:13:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14702112 | + | EDI: AIS.COM | Jun 09 2022 03:13:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma iIty OK 73118-7901 |
| 14706184 | | Email/PDF: bncnotices@becket-lee.com | Jun 08 2022 23:18:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14693616 | + | EDI: CITICORP.COM | Jun 09 2022 03:13:00 | Citicards CBNA, 701 E. 60th St N, Sioux Falls, SD 57104-0432 |
| 14693617 | + | EDI: WFNNB.COM | Jun 09 2022 03:13:00 | Comenity Bank/vctrssec, PO BOX 182789, Columbus, OH 43218-2789 |
| 14693618 | + | EDI: WFNNB.COM | Jun 09 2022 03:13:00 | Comenity Capital/SMLEGN, PO BOX 182120, Columbus, OH 43218-2120 |
| 14693619 | + | EDI: CALTAX.COM | | |

| District/off: 0974-3 | | User: admin | | Page 2 of 3 |
|---|---|---|---|---|
| Date Rcvd: Jun 08, 2022 | | Form ID: 3180W | | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 09 2022 03:13:00 | Franchise Tax Board, MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 14693620 | | EDI: IRS.COM | Jun 09 2022 03:13:00 | Internal Revenue Service, Centralized Insolvency Oper., PO Box 7346, Philadelphia, PA 19101-7346 |
| 14720134 | | EDI: JEFFERSONCAP.COM | Jun 09 2022 03:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14693621 | | EDI: JPMORGANCHASE | Jun 09 2022 03:13:00 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850 |
| 14703047 | + | Email/Text: RASEBN@raslg.com | Jun 08 2022 23:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14693622 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2022 23:13:00 | Kohls/ Capital one, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14720561 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 23:18:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14693624 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 08 2022 23:13:00 | Nissan Motor Acceptance Corp, PO BOX 660360, Dallas, TX 75266-0360 |
| 14711238 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 08 2022 23:13:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14694012 | + | EDI: RECOVERYCORP.COM | Jun 09 2022 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14722139 | ^ | MEBN | Jun 08 2022 23:09:20 | Planet Home Lending LLC, 321 Research Parkway, Ste. 303, Meriden, CT 06450-8342 |
| 14720690 | | EDI: Q3G.COM | Jun 09 2022 03:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14720691 | | EDI: Q3G.COM | Jun 09 2022 03:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14718008 | | EDI: Q3G.COM | Jun 09 2022 03:13:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14720694 | | EDI: Q3G.COM | Jun 09 2022 03:13:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14693626 | + | EDI: RMSC.COM | Jun 09 2022 03:13:00 | Syncb/Car Care Discount Tire, c/o P.O. Box 965036, Orlando, FL 32896-0001 |
| 14693627 | + | EDI: RMSC.COM | Jun 09 2022 03:13:00 | Syncb/Chevron, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14693628 | + | EDI: RMSC.COM | Jun 09 2022 03:13:00 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 14721033 | + | EDI: RMSC.COM | Jun 09 2022 03:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14721742 | + | Email/Text: bncmail@w-legal.com | Jun 08 2022 23:13:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14693629 | + | EDI: WTRRNBANK.COM | Jun 09 2022 03:13:00 | TD Bank USA/Target Credit, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 14693630 | + | EDI: BLUESTEM | Jun 09 2022 03:13:00 | Webbank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 14720548 | | EDI: WFFC.COM | Jun 09 2022 03:13:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14693631 | + | EDI: WFFC.COM | | |

| | | | |
|---|---|---|---|
| | Jun 09 2022 03:13:00 | | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14703074 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ahren A. Tiller | on behalf of Debtor John M. Horon atiller@blc-sd.com brett.bodie@blc-sd.com;carolina@blc-sd.com;anika@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;derek@blc-sd.com;ecf.blcsd@gmail.com;Megan@blc-sd.com;Nicole@blc-sd.com;4436097420@filings.docketbird.com |
| Ahren A. Tiller | on behalf of Joint Debtor Claire L. Horon atiller@blc-sd.com brett.bodie@blc-sd.com;carolina@blc-sd.com;anika@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;derek@blc-sd.com;ecf.blcsd@gmail.com;Megan@blc-sd.com;Nicole@blc-sd.com;4436097420@filings.docketbird.com |
| Erica Taylor Loftis Pacheco | on behalf of Creditor Planet Home Lending LLC bknotifications@ghidottiberger.com |
| Lemuel Bryant Jaquez | on behalf of Creditor Planet Home Lending LLC bjaquez@ghidottiberger.com, bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com |
| Thomas H. Billingslea | Billingslea@thb.coxatwork.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 6